**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Mohammad Kazerouni, Esq. (SBN: 252835)
mike@kazlg.com
Mona Amini, Esq. (SBN: 296829)
mona@kazlg.com
245 Fisher Avenue, Unit D1
Costa Mesa, California 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiff*
*BRIAN CINCOTTA*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BRIAN CINCOTTA**, <br><br> Plaintiff, <br><br> vs. <br><br> **CMRE FINANCIAL SERVICES, INC.**, <br><br> Defendant. | Case no. 8:15-cv-01380-CJC-KES <br><br> **NOTICE OF SETTLEMENT** |

**TO THE COURT, PARTIES AND THEIR ATTORNEYS:**

**PLEASE TAKE NOTICE** that Plaintiff BRIAN CINCOTTA has agreed to settle the above-entitled matter. The parties anticipate that they will finalize the settlement and file a request to dismiss Defendant with prejudice, pursuant to *Federal Rule of Civil Procedure* 41(a)(1), no later than 45 days from the date of this Notice. The parties request that the Court take off calendar all future hearing dates in this matter.

/ / /

/ / /

{00037798;1}  (08232.00)

1                                        NOTICE OF SETTLEMENT

1 | Dated: September 21, 2015            **KAZEROUNI LAW GROUP, APC**

3
 _/s/ Mona Amini_
Abbas Kazerounian
Mohammad Kazerouni
Mona Amini
*Attorneys for Plaintiff,*
*BRIAN CINCOTTA*